DANIEL R. WILSON
Measure, Robbin & Wilson, P.C.
24 First Avenue East, Suite C
P.O. Box 918
Kalispell, MT 59903
Phone: (406) 752-6373
Fax:    (406) 752-7168
Email: pcr@measurelaw.com
Attorney for Defendant/Movant
Marion Hungerford

JAMES E. SEYKORA
Assistant U.S. Attorney
U.S. Attorney's Office
2929 Third Ave. North, Suite 400
Billings, MT 59101
Phone: (406) 657-6101
Fax: (406) 657-6989
E-Mail: Jim.Seykora@usdoj.gov
Attorneys for Plaintiff/Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cause Number CR 03-74-BLG-RFC |
| ) | |
| Plaintiff/Respondent, ) | |
| ) | JOINT STATUS REPORT |
| vs. ) | |
| ) | |
| MARION HUNGERFORD, ) | |
| ) | |
| Defendant/Movant. ) | |
| _____ ) | |

1

Counsel for both Defendant/Movant Marion Hungerford and Plaintiff/Respondent United States of America make this joint status report in compliance with the Court's Order Extending Discovery Deadline. (Docket Number 237.)

**Abandoned Claim**. Ms. Hungerford's claim of ineffective assistance of counsel alleged in Ground Two of her § 2255 motion (alleging ineffective assistance of counsel on appeal) is abandoned.

**Evidentiary Hearing**. No evidentiary hearing is required. The parties will present written argument in the form of briefs based on the factual record filed with the Court and contained in the transcripts of deposition of Ms. Hungerford's trial counsel and the transcript and video record of the deposition of Marion Hungerford.

RESPECTFULLY SUBMITTED: August 21, 2009.

/s/ Daniel R. Wilson  
Daniel R. Wilson  
Attorney for Defendant/Movant  
Marion Hungeford

/s/ James E. Seykora  
James E. Seykora  
Attorney for Plaintiff/Respondent  
United States of America