BILLINGS DIV.
2010 APR 22 PM 2 39
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff/Respondent, ) <br> ) <br> vs. ) <br> ) <br> MARION HUNGERFORD, ) <br> ) <br> Defendant/Movant. ) <br> ) | Cause No. CR 03-74-BLG-RFC <br><br><br> ORDER SETTING HEARING |

IT IS HEREBY ORDERED that current counsel for the parties in this case shall appear in chambers for an on-the-record conference on **Friday, May 7, 2010, at 10:00 a.m.**, in the James F. Battin Courthouse, Billings, Montana. Hungerford's presence is not required. Fed. R. Crim. P. 43(b)(3).

DATED this 22nd day of April, 2010.

Richard F. Cebull, Chief Judge
United States District Court