Daniel R. Wilson
MEASURE & WILSON, P.C.,
formerly Measure, Robbin & Wilson, P.C.
24 First Avenue East, Suite C
P.O. Box 918
Kalispell, MT 59903
Phone: (406) 752-6373
Fax:   (406) 752-7168
Email: pcr@measurelaw.com

Attorney for Defendant/Movant
Marion Hungerford

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cause No. CR 03-74-BLG-RFC |
| | ) | |
| Plaintiff/Respondent, | ) | |
| | ) | |
| vs. | ) | |
| | ) | STATUS REPORT |
| MARION HUNGERFORD, | ) | |
| | ) | |
| Defendant/Movant. | ) | |
| | ) | |
| _____ | ) | |

COUNSEL for Defendant/Movant Marion Hungerford makes this belated

status report required by the Court's ORDER SETTING DEADLINE (document number 262) concerning the status of negotiations between the parties in an effort to resolve all outstanding issues pertinent to Ms. Hungerford's § 2255 motion.

The Court is informed that the parties have been in regular and substantive communication in an effort to resolve the issues, and fruitful discussions are continuing. The parties respectfully request an additional 30 days during which to attempt resolution by mutual agreement and further request that the Court set a deadline of August 31, 2010, to either file a settlement agreement or make an additional report to the Court concerning the progress of negotiations.

Counsel for Plaintiff/Respondent United States, AUSA James Seykora, has been contacted with respect to the contents of this status report and joins in the request for additional time as requested above.

DATED: August 3, 2010.

   /s/ Daniel R. Wilson
Daniel R. Wilson
Attorney for Defendant/Movant
Marion Hungerford

# CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2010, a copy of the foregoing document was served on the following persons by the following means:

<u>  1,2  </u>  CM/ECF
<u>         </u>  Hand Delivery
<u>   3    </u>  Mail
<u>         </u>  Overnight Delivery Service
<u>         </u>  Fax
<u>         </u>  E-Mail

1. Clerk of District Court

2. James E. Seykora
   Assistant U.S. Attorney
   P.O. Box 1478
   Billings, MT 59103

3. Marion Hungerford, 07730-046
   FCI DUBLIN
   FEDERAL CORRECTIONAL INSTITUTION
   5701 8TH ST - CAMP PARKS
   Dublin, CA 94568

                                          /s/ Daniel R. Wilson
                                          Daniel R. Wilson
                                          Attorney for Defendant/Movant
                                          Marion Hungerford