Daniel R. Wilson
MEASURE & WILSON, P.C.,
formerly Measure, Robbin & Wilson, P.C.
24 First Avenue East, Suite C
P.O. Box 918
Kalispell, MT 59903
Phone: (406) 752-6373
Fax:   (406) 752-7168
Email: pcr@measurelaw.com

Attorney for Defendant/Movant
Marion Hungerford

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cause No. CR 03-74-BLG-RFC |
| | ) | |
| Plaintiff/Respondent, | ) | |
| | ) | |
| vs. | ) | |
| | ) | STATUS REPORT |
| MARION HUNGERFORD, | ) | |
| | ) | |
| Defendant/Movant. | ) | |
| | ) | |
| _____ | ) | |

COUNSEL for Defendant/Movant Marion Hungerford makes this status report

required by the Court's ORDER SETTING DEADLINE (document number 265)

1

concerning the status of negotiations between the parties in an effort to resolve all outstanding issues pertinent to Ms. Hungerford's § 2255 motion.

The Court is informed that the undersigned counsel has made regular and repeated attempts to arrange a telephone conference with Ms. Hungerford to discuss the ongoing negotiations between the parties. Counsel's efforts have been hampered to an unavoidable extent by the extended absence of Ms. Hungerford's case manager, who has been attending mandatory training sessions during August 2010. These facts have been disclosed to counsel for the United States, AUSA James Seykora.

Accordingly, the parties respectfully request an additional 30 days during which to attempt resolution by mutual agreement and further request that the Court set a deadline of September 30, 2010, to either file a settlement agreement or make an additional report to the Court concerning the progress of negotiations.

Counsel for Plaintiff/Respondent United States, AUSA James Seykora, has been contacted with respect to the contents of this status report and joins in this request for additional time.

DATED: August 31, 2010.

       /s/ Daniel R. Wilson
      Daniel R. Wilson
      Attorney for Defendant/Movant
      Marion Hungerford

# CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2010, a copy of the foregoing document was served on the following persons by the following means:

  1,2   CM/ECF
         Hand Delivery
   3    Mail
         Overnight Delivery Service
         Fax
         E-Mail

1. Clerk of District Court

2. James E. Seykora
   Assistant U.S. Attorney
   P.O. Box 1478
   Billings, MT 59103

3. Marion Hungerford, 07730-046
   FCI DUBLIN
   FEDERAL CORRECTIONAL INSTITUTION
   5701 8TH ST - CAMP PARKS
   Dublin, CA 94568

                                      /s/ Daniel R. Wilson
                                        Daniel R. Wilson
                                        Attorney for Defendant/Movant
                                        Marion Hungerford