IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cause No. CR 03-74-BLG-RFC |
| | ) | |
| Plaintiff/Respondent, | ) | |
| | ) | |
| vs. | ) | ORDER SETTING HEARING |
| | ) | |
| MARION HUNGERFORD, | ) | |
| | ) | |
| Defendant/Movant. | ) | |
| _____ | ) | |

For good cause appearing,

IT IS HEREBY ORDERED that a hearing on Defendant's 2255 Motion will be held at **9:00 a.m. on Wednesday, October 27, 2010**, in Courtroom I of the James F. Battin U.S. Courthouse, Billings, Montana. Defendant has waived her presence at the hearing.

DATED this 6th Day of October, 2010.

*/s/ Richard F. Cebull*_____
RICHARD F. CEBULL
U. S. DISTRICT JUDGE