IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| UNITED STATES OF AMERICA, | ) | Cause No. CR 03-74-BLG-RFC |
| --- | --- | --- |
| | ) | CV 08-69-BLG-RFC |
| Plaintiff/Respondent, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MARION HUNGERFORD, | ) | |
| | ) | |
| Defendant/Movant. | ) | |
| | ) | |

Based on the parties' joint motion and an independent review of the record, IT IS HEREBY ORDERED:

1. The parties' joint motion to reopen the case (doc. 273) is GRANTED.

2. Hungerford's motion under 28 U.S.C. § 2255 (doc. 213) is GRANTED.

3. The Judgment entered on September 30, 2005 (doc. 187), is VACATED.

4. The Clerk of Court will close the civil case.

DATED this 27th day of October, 2010.

Richard F. Cebull, Chief Judge
United States District Court