IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
DEC 27 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 03-74-BLG-SPW-2 |
| Plaintiff, | |
| vs. | ORDER |
| MARION HUNGERFORD, | |
| Defendant. | |

Upon the Defendant's Motion for Early Termination of Supervision (Doc. 301), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Marion Hungerford's supervision is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this 27th day of December, 2018.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge